IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 99-cv-00933-RPM

KEVIN O'HALLORAN, Chapter 11 Trustee for Greater Ministries International Church,

        Plaintiff,

v.

EDWARD P. MATTAR, III, individually and as sole shareholder of BestBank, Boulder, Colorado and Effective Management Systems, Inc., a Nevada corporation; THOMAS ALAN BOYD; EFFECTIVE MANAGEMENT SYSTEMS, INC., a Nevada corporation; DOUGLAS R. BAETZ; and GLENN M. GALLANT,

        Defendants.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Response to Order to Show Cause [20], filed on April 30, 2008, it is

ORDERED that this action is dismissed.

DATED:  May 1st, 2008.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Judge